UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NETCHOICE,

Plaintiff,

-against-

LETITIA JAMES, in her official capacity as New York Attorney General,

Defendant.

26-cv-9983 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court is in receipt of NetChoice's motion for a preliminary injunction. *See* Dkt. 8. The Attorney General's opposition is due December 7. Any reply by NetChoice is due December 14. If necessary, the Court will hold argument in person later that week.

SO ORDERED.

Dated: November 24, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge